Timothy ALSUP, Plaintiff–Appellant,

v.

QBE INSURANCE COMPANY,
a foreign corporation,
Defendant–Appellee.

No. 05–35257.

United States Court of Appeals,
Ninth Circuit.

Argued Oct. 27, 2006.

Submission Deferred Oct. 27, 2006.

Resubmitted Jan. 12, 2007.

Filed Jan. 12, 2007.

Kevin M. Winters, Hawkes Law Firm, Shoreline, WA, for Plaintiff–Appellant.

Jerret E. Sale, Esq., E. Pennock Gheen, Esq., Deborah L. Carstens, Bullivant Houser Bailey, PC, Raymond J. Dearie, Jr., Esq., Ogden Murphy Wallace, P.L.L.C., Seattle, WA, for Defendant–Appellee.

Before: GOODWIN and KOZINSKI, Circuit Judges, and SHADUR,* District Judge.

### ORDER

This case is resubmitted as of the date of this order. Pursuant to the stipulation

---

* The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

of the parties, we dismiss the appeal with prejudice. No costs or fees.